MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL TORRES, individually<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00010-JCM-VCF |

## STIPULATION AND ORDER
## TO EXTEND DISCOVERY PLAN DEADLINES
### (Second Request)

Plaintiff Isabel Torres and Defendant Bodega Latina Corporation, by and through their respective counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint on October 18, 2017 in the Eighth Judicial District Court, Case No. A-17-763267-C. Defendant filed their Answer and Jury Demand on November 9, 2017. This case was removed to the United States District Court on January 3, 2018.

2. The parties held their F.R.C.P. 26 conference on January 10, 2018 and filed their Stipulated Discovery Plan and Scheduling Order on January 16, 2018. In this original plan, the parties agreed to the following dates:

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND DEADLINES (SECOND REQUEST)
- PAGE 1 OF 7 -

3102699v1

| | | |
|---|---|---|
| 1 | Last Day to Amend Pleadings: | 04/18/2018 |
| 2 | Expert Disclosure Deadline: | 05/18/2018 |
| 3 | Interim Status Report Deadline: | 05/18/2018 |
| 4 | Rebuttal Expert Disclosure: | 06/18/2018 |
| 5 | Discovery Cut-Off: | 07/17/2018 |
| 6 | Dispositive Motions Deadline: | 08/17/2018 |
| 7 | Pre-Trial Order: | 09/17/2018 |

The initial discovery plan was signed by United States Magistrate Cam Ferenbach, January 17, 2018.

3. The Parties filed a Stipulation and Order to Extend Discovery and deadlines [First Request] on April 19, 2018. In this plan, the parties agreed to the following dates:

| | | |
|---|---|---|
| Last Day to Amend Pleadings: | | 07/17/2018 |
| Expert Disclosure Deadline: | | 08/16/2018 |
| Interim Status Report Deadline: | | 08/18/2018 |
| Rebuttal Expert Disclosure: | | 09/17/2018 |
| Last Day to Amend DPSO: | | 09/28/2018 |
| Discovery Cut-Off: | | 10/16/2018 |
| Dispositive Motions Deadline: | | 11/15/2018 |
| Pre-Trial Order: | | 10/15/2018 |

The Stipulation and Order to Extend Discovery and Deadlines [First Request] was signed by United States Magistrate Judge Cam Ferenbach, April 20, 2018.

4. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

(a) **Discovery Completed pursuant to Fed. R. Civ. P. 26(a):**

**Defendants:**

Initial Disclosure                                01/10/2018

| | | |
|---|---|---|
| 1 | Interrogatories to Plaintiff | 01/15/2018 |
| 2 | Request for Production to Plaintiff | 01/15/2018 |
| 3 | First Supplemental Disclosure | 02/28/2018 |
| 4 | Second Supplemental Disclosure | 04/05/2018 |
| 5 | Third Supplemental Disclosure | 04/17/2018 |
| 6 | Fourth Supplemental Disclosure | 05/14/2018 |
| 7 | Fifth Supplemental Disclosure | 06/25/2018 |
| 8 | Plaintiff Isabel Torres' Deposition taken | 07/24/2018 |
| 9 | **Plaintiffs:** | |
| 10 | Initial Disclosure | 01/17/2018 |
| 11 | First Supplemental Disclosure | 01/26/2018 |
| 12 | Second Supplemental Disclosure | 01/29/2018 |
| 13 | Plaintiff's Answers to Interrogatories | 02/20/2018 |
| 14 | Plaintiff's Responses to Request to Produce | 02/20/2018 |
| 15 | Third Supplemental Disclosure | 02/07/2018 |
| 16 | Request for Admissions to Defendant | 04/02/2018 |
| 17 | Interrogatories to Defendant | 04/02/2018 |
| 18 | Request for Production to Defendant | 04/02/2018 |
| 19 | Fourth Supplemental Disclosure | 04/16/2018 |
| 20 | Fifth Supplemental Disclosure | 04/19/2018 |
| 21 | Sixth Supplemental Disclosure | 05/24/2018 |
| 22 | Seventh Supplemental Disclosure | 05/29/2018 |
| 23 | Eighth Supplemental Disclosure | 06/07/2018 |
| 24 | Ninth Supplemental Disclosure | 06/12/2018 |

(b) **Discovery that remains to be completed:**

- Plaintiff is scheduled to take the Rule 30(b)(6) deposition of Defendant's designee on August 7, 2018.

- Defendant needs to obtain updated medical records from several of Plaintiff's medical providers regarding Plaintiff's recent treatment and complete the procurement of medical records from several providers who did not fully respond to Defendant's prior requests.
- Defendant plans to schedule an Independent Medical Examination of Plaintiff once Plaintiff's updated/additional medical records are procured.
- The parties need to designate experts and rebuttal experts and exchange reports.
- The parties need to conduct the depositions of Plaintiff's experts and Defendant's experts.

**(c)     Reasons why discovery was not completed:**

Much discovery has been completed since the first request for the extension of the DPSO deadlines. However, the discovery has not been completed for several reasons.

First, Plaintiff's condition is not resolved and her treatment is ongoing. On January 25, 2018, Plaintiff's spine surgeon recommended Plaintiff as a candidate for Anterior Cervical Discectomy and Fusion. Plaintiff added future medical expenses for the Anterior Cervical Discectomy and Fusion to her Computation of Damages on February 5, 2018. Plaintiff provided Dr. Muir's records on April 23, 2018. Plaintiff has not undergone her cervical surgery but Plaintiff's counsel stated at Plaintiff's deposition of July 24, 2018 that that was going to go forward.

Since the April extension, Plaintiff has undergone significant care and is scheduled for more in the future. Plaintiff has undergone multiple lumbar procedures. She had procedures on May 14, 2018, May 31, 2018, June, 2018. The June records are not yet available. Plaintiff is scheduled to undergo another lumbar spinal rhizotomy in August 2018. She remains a candidate for Anterior Cervical Discectomy and Fusion,

which she still plans to undergo. Plaintiff estimates in her Computation of Damages that that care will cost almost $7,000,000.

Second, discovery has not been completed because Plaintiff's ongoing care charges us to obtain many updated records. Defendant has obtained a significant amount of records (nearly 1000 pages), and additionally received Plaintiff's Fifth through Ninth Supplemental 26.1 Disclosures. The records concerning procedures Plaintiff underwent in May 2018 were only partially, and recently, disclosed in Plaintiff's Ninth Supplemental Disclosure (served on 6/12/18).

Although approximately 85% of Plaintiff's medical records had been received prior to Plaintiff recent treatment, Defendant will need to obtain updated medical records regarding Plaintiff's interim medical treatment and is still awaiting receipt of medical records from a few the prior medical providers.

Defendant learned during the deposition of Plaintiff recently taken on July 24, 2018, that Plaintiff is a candidate for lumbar spine surgery as well. She is slated to undergo another lumbar rhizotomy procedure in August 2018 and that she is seeing a new surgeon. (In addition to the cervical spine surgery previously recommended by Dr. Muir). However, Plaintiff was unable to recollect the name of the new surgeon during her deposition, which will be the cause of additional delay in obtaining the necessary records. It is anticipated that the process of procuring the records from the various medical providers who have provided care to Plaintiff since May 2018, will take at least six to eight weeks.

Third, review of Plaintiff's medical records obtained since the extension of the discovery deadlines has enlightened Defendant as to other injury incidents that Plaintiff has been involved, necessitating the procurement of Plaintiff's medical records from additional medical providers that were not previously known, until very recently.

///

///

///

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND DEADLINES (SECOND REQUEST)
- PAGE 5 OF 7 -
3102699v1

Fourth, Defendant sees the need for a Rule 35 examination of Plaintiff, which will be most effectively done when all the medical records are gathered and Plaintiff's treatment is complete, or at least her condition has become stable. Once all of the known medical providers' records are obtained, Defendant will then be able to better determine which medical specialty would best be suited to conduct a Rule 35 examination of Plaintiff. Dates that physicians have available to perform such an examination in Las Vegas are limited and are not available until at least mid-September, 2018.

### (d) Proposed Schedule:

The parties propose a 90-day extension to complete the remaining discovery. Those dates will be:

| | |
|---|---|
| Last Day to Amend Pleadings: | ~~07/17/2018~~ (expired) |
| Expert Disclosure Deadline: | 11/14/2018 |
| Interim Status Report Deadline: | 11/14/2018 |
| Rebuttal Expert Disclosure: | 12/17/2018 |
| Last Day to Amend DPSO: | 12/27/2018 |
| Discovery Cut-Off: | 01/14/2019 |
| Dispositive Motions Deadline: | 02/13/2019 |
| Pre-Trial Order: (If dispositive motions are filed, the deadline for the filing of the joint pre-trial order will be suspended until 30 days after decision on the dispositive motions or further court order.) | 03/18/2019 |

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to enter its Order to Extend Discovery Plan and Deadlines.

| Dated this 26th day of July 2018. | Dated this 26th day of July 2018. |
|---|---|
| RICHARD HARRIS LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Elaine H. Marzola | /s/ Michael C. Mills |
| ELAINE H. MARZOLA, ESQ.<br>Nevada State Bar No. 012442<br>801 S. Fourth Street<br>Las Vegas, NV 89101<br>Phone: 702-444-4444<br>Fax: 702-444-4455<br>Attorneys for Plaintiff,<br>Isabel Torres | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Counsel for Defendant,<br>Bodega Latina Corporation |

## ORDER

IT IS SO ORDERED.

_____
~~UNITED STATES DISTRICT COURT JUDGE,~~
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

DATED: 7/26/18