# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ISABEL TORRE,<br><br>            Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>            Defendants. | 2:18-CV-00010-JCM-VCF<br><br>**ORDER** |

Before the court is the Request for Exemption from In-Person Attendance at Settlement Conference (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Request for Exemption from In-Person Attendance at Settlement Conference (ECF No. 36) must be filed on or before April 26, 2019. No reply needed.

DATED this 19th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE