MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL TORRES, individually<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00010-JCM-VCF |

### STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND THE REMAINING DISCOVERY PLAN DEADLINES
### (SIXTH REQUEST)

Plaintiff Isabel Torres and Defendant Bodega Latina Corporation, by and through their respective counsel, and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint on October 18, 2017 in the Eighth Judicial District Court, Case No. A-17-763267-C. Defendant filed their Answer and Jury Demand on November 9, 2017. This case was removed to the United States District Court on January 3, 2018.

2. The parties held their F.R.C.P. 26 conference on January 10, 2018 and filed their Stipulated Discovery Plan and Scheduling Order on January 16, 2018. In this

1  original plan, the parties agreed to the following dates:

2      Last Day to Amend Pleadings:    04/18/2018

3      Expert Disclosure Deadline:    05/18/2018

4      Interim Status Report Deadline:    05/18/2018

5      Rebuttal Expert Disclosure:    06/18/2018

6      Discovery Cut-Off:    07/17/2018

7      Dispositive Motions Deadline:    08/17/2018

8      Pre-Trial Order:    09/17/2018

9      The initial discovery plan was signed by United States Magistrate Cam

10 Ferenbach, January 17, 2018.

11     3.    The Parties filed a Stipulation and Order to Extend Discovery Deadlines

12 [First Request] on April 19, 2018.  In this plan, the parties agreed to the following dates:

13     Last Day to Amend Pleadings:    07/17/2018

14     Expert Disclosure Deadline:    08/16/2018

15     Interim Status Report Deadline:    08/18/2018

16     Rebuttal Expert Disclosure:    09/17/2018

17     Last Day to Amend DPSO:    09/28/2018

18     Discovery Cut-Off:    10/16/2018

19     Dispositive Motions Deadline:    11/15/2018

20     Pre-Trial Order:    10/15/2018

21     The Stipulation and Order to Extend Discovery and Deadlines [First Request]

22 was signed by United States Magistrate Judge Cam Ferenbach, April 20, 2018.

23     4.    The Parties filed a Stipulation and Order to Extend Discovery Deadlines

24 [Second] on July 26, 2018.  In this plan, the parties agreed to the following dates:

25     Last Day to Amend Pleadings:    ~~07/17/2018~~ expired

26     Expert Disclosure Deadline:    11/14/2018

27     Interim Status Report Deadline:    11/14/2018

28     Rebuttal Expert Disclosure:    12/17/2018

STIPULATION AND ORDER
- PAGE 2 -

3511828v1

| | | |
|---|---|---|
| 1 | Last Day to Amend DPSO: | 12/27/2018 |
| 2 | Discovery Cut-Off: | 01/14/2019 |
| 3 | Dispositive Motions Deadline: | 02/13/2019 |
| 4 | Pre-Trial Order: | 03/18/2019 |

The Stipulation and Order to Extend Discovery and Deadlines [Second Request] was signed by United States Magistrate Judge Cam Ferenbach, July 26, 2018.

5. The Parties filed a Stipulation and Order to Extend Discovery Deadlines [Third] on November 7, 2018. In this plan, the parties agreed to the following dates:

| | | |
|---|---|---|
| Last Day to Amend Pleadings: | 11/14/2018 (reopened) |
| Expert Disclosure Deadline: | 12/14/2018 |
| Interim Status Report Deadline: | 12/14/2018 |
| Rebuttal Expert Disclosure: | 01/16/2019 |
| Last Day to Amend DPSO: | 01/28/2019 |
| Discovery Cut-Off: | 02/13/2019 |
| Dispositive Motions Deadline: | 03/15/2019 |
| Pre-Trial Order: | 04/17/2019 |

The Stipulation and Order to Extend Discovery and Deadlines [Third Request] was signed by United States Magistrate Judge Cam Ferenbach, November 8, 2018.

6. The Parties filed a Stipulation and Order to Extend Discovery Deadlines [Fourth] on January 7, 2019. In this plan, the parties agreed to the following dates:

| | | |
|---|---|---|
| Last Day to Amend Pleadings: | 11/14/~~2018~~ (closed) |
| Expert Disclosure Deadline: | 12/14/~~2018~~ (closed) |
| Interim Status Report Deadline: | 12/14/2018 (submitted 12/12/18) |
| Rebuttal Expert Disclosure: | 02/15/2019 |
| Last Day to Amend DPSO: | 02/27/2019 |
| Discovery Cut-Off: | 03/15/2019 |
| Dispositive Motions Deadline: | 04/15/2019 |
| Pre-Trial Order: | 05/17/2019 |

3511828v1

The Stipulation and Order to Extend Discovery and Deadlines [Fourth Request] was signed by United States Magistrate Judge Cam Ferenbach, January 7, 2019.

7. The Parties filed a Stipulation and Order to Extend Discovery Deadlines [Fifth] on February 22, 2019. In this plan, the parties agreed to the following dates:

| | |
|---|---|
| Last Day to Amend Pleadings: | 11/14/~~2018~~ (closed) |
| Expert Disclosure Deadline: | 12/14/~~2018~~ (closed) |
| Interim Status Report Deadline: | 12/14/2018 (submitted 12/12/18) |
| Rebuttal Expert Disclosure: | 02/15/2019 |
| Last Day to Amend DPSO: | 03/29/2019 |
| Discovery Cut-Off: | 04/15/2019 |
| Dispositive Motions Deadline: | 05/15/2019 |
| Pre-Trial Order: | 06/17/2019 |

The Stipulation and Order to Extend Discovery and Deadlines [Fifth Request] was signed by United States Magistrate Judge Cam Ferenbach, February 22, 2019.

8. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

(a) **Discovery Completed pursuant to Fed. R. Civ. P. 26(a):**

**Defendants:**

| | |
|---|---|
| Initial Disclosure | 01/10/2018 |
| Interrogatories to Plaintiff | 01/15/2018 |
| Request for Production to Plaintiff | 01/15/2018 |
| First Supplemental Disclosure | 02/28/2018 |
| Second Supplemental Disclosure | 04/05/2018 |
| Third Supplemental Disclosure | 04/17/2018 |
| Fourth Supplemental Disclosure | 05/14/2018 |
| Fifth Supplemental Disclosure | 06/25/2018 |
| Sixth Supplemental Disclosure | 06/25/2018 |
| Plaintiff Isabel Torres' Deposition taken | 07/24/2018 |


| | | |
|---|---|---|
| 1 | Independent Medical Examination | 09/13/2018 |
| 2 | Seventh Supplemental Disclosure | 10/18/2018 |
| 3 | Eighth Supplemental Disclosure | 10/29/2018 |
| 4 | Joint Interim Status Report | 12/12/2018 |
| 5 | Ninth Supplemental Disclosure | 12/14/2018 |
| 6 | Initial Designation of Expert Witnesses | 12/14/2018 |
| 7 | Second Request to Produce Documents | 12/21/2019 |
| 8 | Tenth Supplemental Disclosure | 02/15/2019 |
| 9 | Eleventh Supplemental Disclosure | 02/22/2019 |
| 10 | Twelfth Supplemental Disclosure | 04/15/2019 |
| 11 | Thirteenth Supplemental Disclosure | 04/24/2019 |

**Plaintiffs:**

| | | |
|---|---|---|
| 13 | Initial Disclosure | 01/17/2018 |
| 14 | First Supplemental Disclosure | 01/26/2018 |
| 15 | Second Supplemental Disclosure | 01/29/2018 |
| 16 | Plaintiff's Answers to Interrogatories | 02/20/2018 |
| 17 | Plaintiff's Responses to Request to Produce | 02/20/2018 |
| 18 | Third Supplemental Disclosure | 02/07/2018 |
| 19 | Request for Admissions to Defendant | 04/02/2018 |
| 20 | Interrogatories to Defendant | 04/02/2018 |
| 21 | Request for Production to Defendant | 04/02/2018 |
| 22 | Fourth Supplemental Disclosure | 04/16/2018 |
| 23 | Fifth Supplemental Disclosure | 04/19/2018 |
| 24 | Sixth Supplemental Disclosure | 05/24/2018 |
| 25 | Seventh Supplemental Disclosure | 05/29/2018 |
| 26 | Eighth Supplemental Disclosure | 06/07/2018 |
| 27 | Ninth Supplemental Disclosure | 06/12/2018 |
| 28 | Tenth Supplemental Disclosure | 08/16/2018 |

3511828v1

| | | |
|---|---|---|
| 1 | Eleventh Supplemental Disclosure | 08/27/2018 |
| 2 | Twelfth Supplemental Disclosure | 08/27/2018 |
| 3 | Thirteenth Supplemental Disclosure | 10/08/2018 |
| 4 | Joint Interim Status Report | 12/12/2018 |
| 5 | Fourteenth Supplemental Disclosure | 12/14/2018 |
| 6 | Initial Designation of Expert Witnesses | 12/14/2018 |
| 7 | Responses to Second Request to Produce | 01/23/2019 |

    **(b)**     **Discovery that remains to be completed:**

There is no discovery left to be completed. The court decided Defendant's Dispositive Motion on March 16, 2020. The operative Discovery Plan and Scheduling Order required that the Joint Pre-Trial Memorandum be completed 30 days from that date, namely April 15, 2020.

    **(c)**     **Reasons why discovery was not completed:**

The parties believe that they will be able to better narrow the issues for trial if they are able to meet and review each other's submissions and evidence and make decisions. However, the parties have been unable to meet due to the COVID-19 restrictions imposed by the Governor. The extension will allow the parties to meet, discuss and provide more preparation as they submit their Joint Pre-Trial Report.

    **(d)**     **Proposed Schedule:**

The parties propose a 30-day extension to file their Pre-Trial Report. Those dates will be:

| | |
|---|---|
| Last Day to Amend Pleadings: | ~~11/14/2018~~ (closed) |
| Expert Disclosure Deadline: | ~~12/14/2018~~ (closed) |
| Interim Status Report Deadline: | ~~12/14/2018~~ (submitted 12/12/18) |
| Rebuttal Expert Disclosure: | ~~02/15/2019~~ (closed) |
| Last Day to Amend DPSO: | ~~03/29/2019~~ (closed) |
| Discovery Cut-Off: | ~~04/15/2019~~ (closed) |

| | | |
|---|---|---|
| 1 | Dispositive Motions Deadline: | ~~05/15/2019~~ ~~(closed)~~ |
| 2 | Pre-Trial Order: | 05/15/2020 |

(If dispositive motions are filed, the deadline for the filing of the joint pre-trial order will be suspended until 30 days after decision on the dispositive motions or further court order.)

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to Modify the Discovery Plan and Scheduling Order to allow the parties to submit their Joint Pre-Trial Report up to and including Mary 15, 2020.

Approved as to form and content:

Dated this 15th day of April 2020.

RICHARD HARRIS LAW FIRM

/s/ Christian Z. Smith

_____
CHRISTIAN Z. SMITH, ESQ.
Nevada State Bar No. 008266
801 S. Fourth Street
Las Vegas, NV 89101
Phone: 702-444-4444
Fax: 702-444-4455
Attorneys for Plaintiff,
Isabel Torres

Dated this 15th day of April 2020.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Bodega Latina Corporation

IT IS HEREBY ORDERED that the Joint Pretrial Order is due May 15, 2020. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## ORDER

IT IS SO ORDERED.

_____
~~UNITED STATES DISTRICT COURT JUDGE,~~
UNITED STATES MAGISTRATE JUDGE

DATED: April 15, 2020 _____