MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL TORRES, individually | Case No.: 2:18-cv-00010-JCM-VCF |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES FOR ALL MOTIONS IN LIMINE FOR ALL PARTIES

COME NOW Plaintiff Isabel Torres by and through her attorney Christian Z. Smith, Esq. and Defendant Bodega Latina Corporation by and through its attorney

STIPULATION AND ORDER
- PAGE 1 OF 3 -

3647459v1

Michael C. Mills, Esq. and hereby stipulate that the parties may have to and including December 22, 2020 to file their Responses to the following Motions in Limine:

**Plaintiffs:**

Plaintiff's Motion in Limine #1 [ECF 63] to Preclude Dr. Schifini from Offering Opinions About Personal Injury Liens Being Sold

Plaintiff's Motion in Limine #2 [ECF 64] to Preclude Any Reference That She Staged or Engaged in Fraud With Respect to the Slip and Fall Incidents

Plaintiff's Motion in Limine #3 [ECF 65] to Preclude Defendant's Medical Experts Opinions Regarding Malingering and/or Secondary Gain

Plaintiff's Motion in Limine #4 [ECF 66] to Preclude Any Reference to Medical Write-Downs

Plaintiff's Motion in Limine #5 [ECF 67] to Preclude any Reference to When She Retained Counsel

Plaintiff's Motion in Limine #6 [ECF 68] to Limit Defenant to One Disclosed Medical Expert

Plaintiff's Motion in Limine #7 [ECF 69] to Limit Defendant to One Medical Billing Expert

**Defendants:**

Defendants Motion in Limine #1 [ECF 60] to Preclude Plaintiff from Introducing Plaintiff's Medical Records and Bills as Evidence Because they Cannot be Authenticated and are Hearsay

Defendants Motion in Limine #2 [ECF 61] Limiting the Opinions of Plaintiff's Expert Dr. William Muir

Defendants Motion in Limine #3 [ECF 62] Omnibus Motion

3647459v1

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to enter its Order on the Stipulation to Extend Response Deadlines for All Motions in Limine for All Parties to and including December 22, 2020.

Dated this 9th day of November 2020.

RICHARD HARRIS LAW FIRM

/s/ Christian Z. Smith

_____
CHRISTIAN Z. SMITH, ESQ.
Nevada State Bar No. 008266
801 S. Fourth Street
Las Vegas, NV 89101
Phone: 702-444-4444
Fax: 702-444-4455
Attorneys for Plaintiff,
Isabel Torres

Dated this 9th day of November 2020.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Bodega Latina Corporation

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE.

DATED: 11/16/2020