# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

ISABEL TORRES,

               Plaintiff,

vs.

BODEGA LATINA CORPORATION, d/b/a EL SUPER,

               Defendant.

2:18-cv-00010-JCM-VCF

**<u>ORDER</u>**

On July 21, 2021, the parties requested an exception from attendance at the scheduled settlement conference on September 9, 2021.  Judge Mahan granted the stipulation.  (ECF No. 88).

Accordingly,

IT IS HEREBY ORDERED that the scheduled settlement conference scheduled for September 9, 2021, is VACATED.

IT IS FURTHER ORDERED that the parties must file a joint status report on or before August 13, 2021.

DATED this 21st day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE