UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISABEL TORRES,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>BODEGA LATINA CORPORATION,<br><br>　　　　　　　　　Defendant(s). | Case No. 2:18-CV-10 JCM (VCF)<br><br>ORDER |

　　　Presently before the court is the matter of *Torres v. Bodega Latina Corp.*, case number 2:18-cv-00010-JCM-VCF.

　　　On August 13, 2021, the parties informed the court of an impending settlement (ECF No. 90). The court previously continued the trial of this matter to a calendar call and trial date of October 13, 2021 and October 18, 2021, respectively. The court now VACATES these dates and ORDERS the parties to file a stipulation of dismissal within 15 days of this order or to file a motion for trial setting.

　　　IT IS SO ORDERED.

　　　DATED September 13, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**